# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN P. BLANCO,<br><br>        Petitioner,<br><br>v.<br><br>JOHNSON, Warden,<br><br>        Respondent. | Case No.: 3:20-cv-01088-WHQ-AGS<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

  Petitioner, a state prisoner proceeding pro se, has not paid the $5.00 filing fee and has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

  The request to proceed in forma pauperis is denied because Petitioner has not provided the Court with sufficient information to determine Petitioner's financial status. A request to proceed in forma pauperis made by a state prisoner must include a certificate from the warden or other appropriate officer showing the amount of money or securities Petitioner has on account in the institution. Rule 3(a)(2), 28 U.S.C. foll. § 2254; Local Rule 3.2. Petitioner has failed to provide the Court with the required Prison Certificate. (The proper Southern District in forma pauperis form, which includes the required Prison Certificate, is attached for Petitioner's convenience.)

///

1 | Accordingly, the Court **DENIES** the request to proceed in forma pauperis and
2 | **DISMISSES** the case without prejudice.  To have the case reopened, Petitioner must, no
3 | later than **August 17, 2020**, provide the Court with: (1) a copy of this Order together with
4 | the $5.00 filing fee; or (2) a copy of this Order together with adequate proof that
5 | Petitioner cannot pay the $5.00 filing fee.
6 | **IT IS SO ORDERED.**
7 | Dated:  July 2, 2020
8 | Hon. William Q. Hayes
  | United States District Court